IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS ELROY LOVELESS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-00593-JD |
| | ) |
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner paid the initial filing fee of $5.00 on July 18, 2024. [Doc. No. 7]. The Court therefore accepts the Report and Recommendation [Doc. No. 6] to the extent it recommends denial of Petitioner's Application for Leave to Proceed In Forma Pauperis ("Application") [Doc. No. 2] and denies the Application.

The Court refers this action for further proceedings consistent with the Court's prior referral. *See* [Doc. No. 5].

IT IS SO ORDERED this 23rd day of July 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE